# UNITED STATES DISTRICT COURT
## District of Minnesota

Hilaria Penafort Cazales

Petitioner,

v.

Kristi Noem, U.S. Department of Homeland Security, Pamela Bondi, Todd M. Lyons, and U.S. Immigration and Customs Enforcement

Respondents.

## JUDGMENT IN A CIVIL CASE

Case Number: 0:26-cv-00687-NEB-ECW

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

1. The Petition for Writ of Habeas Corpus (ECF No. 1) is GRANTED. The Court:

   a. DECLARES that Petitioner is not subject to mandatory detention under 8 U.S.C. § 1225(b)(2), and is instead subject to detention, if at all, pursuant to the discretionary authority of 8 U.S.C. § 1226;

   b. ORDERS that Respondents release Petitioner from custody in Minnesota as soon as practicable with coordination or at least two hours' advance notice to counsel, but not later than 24 hours after entry of this Order;

   c. ORDERS that, within two days of release, the Respondents shall file notice on the

docket confirming that release within Minnesota has occurred; and

d. ENJOINS Respondents from moving Petitioner outside of Minnesota prior to Compliance with this Order. If Petitioner has already been removed from Minnesota, Respondents are ORDERED to immediately return Petitioner to Minnesota.

Date: 1/30/2026

KATE M. FOGARTY, CLERK